THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
ANTHONY WILLIAMS et al., Appellants.

First Department, March 19, 1985

**APPEARANCES OF COUNSEL**

*Susan Hofkin Salomon* of counsel (*William E. Hellerstein,*
attorney), for appellants.

*Robert M. Morgenthau, District Attorney of New York County*
and *Mario Merola, District Attorney of Bronx County*, attorneys,
for respondent.

**OPINION OF THE COURT**

Per Curiam.

The Legal Aid Society seeks leave to reargue the prior orders
of this court which granted an enlargement of time to perfect the
11 appeals involved herein to the May 1985 Term of this court
with no further enlargements to be granted. It is specifically
requested that a further enlargement to the June 1985 Term be
granted as to each appeal. The motion is granted.

We must, however, as we have in the past (*People v Fowler*
and *People v Giles,* 93 AD2d 85), comment on the inordinate
delay on the part of the Legal Aid Society in perfecting its
appeals. The Society was assigned as counsel on the appeals at
issue here as early as May 31, 1983, and no later than November
29, 1983. A delay of some two years' duration from the date of
assignment is most unfair to its clients and reflects poorly on the
quality of justice rendered to those to whom this court is respon-
sible for the assignment of counsel. An incarcerated defendant
who wins reversal of the judgment after such lengthy delay may
obtain but a Pyrrhic victory.

While we are conscious of the Society's heavy case load, it is important to note that such lengthy delays serve to undermine the attorney-client relationship and to thwart the fair administration of justice.

KUPFERMAN, J. P., SULLIVAN, ROSS and BLOOM, JJ., concur.

Motion granted and, upon reargument, the time within which defendants-appellants shall perfect their respective appeals is enlarged to the June 1985 Term.